United States District Court
Northern District of California

DURAFLAME, INC.,

    Plaintiff,

v.

HEARTHMARK, LLC,

    Defendant.

Case No.: CV 12-01205 RS (KAW)

ORDER RE: PENDING MOTION TO COMPEL AND FURTHER DISCOVERY DISPUTES

On August 2, 2012, this matter was referred to U.S. Magistrate Judge Kandis A. Westmore for discovery purposes. The parties are hereby directed to the Court's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*.

Defendant Hearthmark, LLC filed its motion to compel on August 1, 2012, as well as a motion to shorten time for the motion to be heard.

However, pursuant to the Court's Standing Order, formal motions to compel will not be entertained, and the parties are ordered to meet and confer to resolve the pending dispute pursuant to same. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining discovery disputes consistent with the Standing Order.

For the reasons outlined above, all hearing dates related to Defendant Hearthmark, LLC's motion to compel are VACATED.

IT IS SO ORDERED.

DATE: August 9, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge