UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURAFLAME, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEARTHMARK, LLC, dba JARDEN HOME BRANDS, a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: CV 12-01205-RS<br><br>[~~PROPOSED~~] **ORDER CHANGING CASE SCHEDULE** |

　　THIS CAUSE is before the Court on the Stipulated Request for an Order Changing Case Schedule brought jointly by Plaintiff and Cross-Defendant DURAFLAME, INC. ("Duraflame"), on the one hand, and Defendant and Cross-Complainant HEARTHMARK, LLC, dba JARDEN HOME BRANDS ("Hearthmark"), on the other hand. Having considered the request, it is hereby ORDERED and ADJUDGED that the request is **GRANTED,** and the case management schedule is revised as follows:

- 　August 16, 2013:  Completion of non-expert discovery
- 　September 14, 2013:  Exchange of opening expert reports
- 　October 11, 2013:  Exchange of rebuttal expert reports
- 　November 8, 2013:  Completion of expert witness discovery

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2297310.1
003724-10021

[~~PROPOSED~~] ORDER CHANGING
CASE SCHEDULE
CV 12-01205-RS

1 | **IT IS SO ORDERED**

2 | Dated: May __15__, 2013

*[signature: Richard Seeborg]*

HONORABLE RICHARD SEEBORG,
UNITED STATES DISTRICT COURT JUDGE

2

[~~PROPOSED~~] ORDER CHANGING
CASE SCHEDULE
CV 12-01205-RS

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2297310.1
003724-10021