UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURAFLAME, INC, <br>     Plaintiff, <br>     v. <br> HEARTHMARK, LLC, <br>     Defendant. | Case No. 12-cv-01205-RS <br><br> **ORDER RE JOINT CASE UPDATES** |

Upon review of the parties' most recent joint case update, they are advised that any request to lift the stay should be made by stipulation or by noticed motion. Otherwise, they should continue to file periodic updates as previously directed.

**IT IS SO ORDERED**.

Dated: September 10, 2015

_____
RICHARD SEEBORG
United States District Judge